# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Shasha, Michael, Plaintiff

v.

Pinkerton's Inc.
Defendant

APPEARANCE

CASE NUMBER: 3:02CV02173(AVC)

**FILED**
2004 MAY 24 A 11: 11
US DISTRICT COURT
HARTFORD, CT.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  Michael Shasha, Plaintiff

(In addition to Appearances on file)

---

5/21/04
Date

ct20116
Connecticut Federal Bar Number

860-444-0144
Telephone Number

860-443-0003
Fax Number

desantis@sdwllc.com
E-mail address

*[Signature]*
Signature

Sebastian O. DeSantis
Print Clearly or Type Name

Sabilia & DeSantis, LLC
PO Drawer 191
Address
247 Shaw Street
New London, CT  06320

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

James M. Sconzo
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Gilbert Shasha
PO Box 1736
37 Granite Street
New London, CT  06320

*[Signature]*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001