UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL SHASHA

Vs.

CASE NO. 3:02CV02173(AVC)

PINKERTON, A SECURITAS COMPANY
d/b/a PINKERTON'S INC., d/b/a
PINKERTON-BURNS SECURITY

### ORDER RE: STATUS REPORT

On February 8, 2003, this Court issued an order granting defendant's Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, et. seq. As some 21 months have expired to date, and no report to the court having been made; it is hereby ORDERED:

That the parties shall file a joint status report on or before November 22, 2004, informing the court of the status of the arbitration. Failure to do so may result in dismissal of the action.

SO ORDERED.

Dated at Hartford, Connecticut, this 4th day of November, 2004.

Alfred V. Covello
United States District Judge