

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SHASHA | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02CV2173(AVC) |
| V. | : | |
| PINKERTON, A SECURITAS COMPANY d/b/a PINKERTON'S INC., d/b/a PINKERTON-BURNS SECURITY | : | |
| Defendant | : | NOVEMBER 22, 2004 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. P. 7(b), the Defendant, Pinkerton's Inc. ("Pinkerton"), moves for a two (2) day extension of time, up to and including November 24, 2004, within which to file the parties' Joint Status Report in the above-captioned matter. On November 4, 2004, this Court ordered the parties to submit a joint status report by November 22, 2004 to provide the Court with a status of the arbitration in this case. The parties completed the joint status report on November 19, 2004 and exchanged executed signature pages by facsimile on that date. The parties require the additional time to provide the Court with original signature pages of the joint status report. This is the Defendant's first motion with respect to this time limitation. The undersigned counsel has contacted Elizabeth Sabilia, counsel for the Plaintiff who consents to this motion.

*November 23, 2004. SO ORDERED.*
*Alfred V. Covello, U.S.D.J.*
*GRANTED.*

02CV2173END24

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105