UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SHASHA | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02CV2173(AVC) |
| | : | |
| V. | : | |
| | : | |
| PINKERTON, A SECURITAS COMPANY | : | |
| d/b/a PINKERTON'S INC., d/b/a | : | |
| PINKERTON-BURNS SECURITY | : | |
| | : | |
| Defendant | : | NOVEMBER 22, 2004 |

## PARTIES' JOINT STATUS REPORT

Pursuant to this Court's Order dated November 4, 2004, Plaintiff, Michael Shasha and the Defendant, Pinkerton's Inc. ("Pinkerton"), hereby submit the foregoing Joint Status Report informing the Court of the status of arbitration in this matter.

**I.    Procedural History**

By Petition for Removal dated December 10, 2002 (Doc. # 4), the Defendant removed the Plaintiff's state court complaint dated November 26, 2002 to the United States District Court, District of Connecticut. The Defendant petitioned for removal pursuant to 28 U.S.C. § 1332 (diversity of citizenship), since the Plaintiff is a resident of the State of Connecticut and the Defendant is incorporated in the State of Delaware with its principal place of business in Illinois. On December 31, 2002, the Defendant filed a Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration (Doc. # 7), pursuant to the parties' agreement to arbitrate dated July 27, 2001. The

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Defendant attached supporting documents to its motion, establishing the parties' agreement to arbitrate as Exhibits A through D.

On January 9, 2003, the Plaintiff filed a Motion to Remand this action to state court (Doc. # 10), on the ground that there is no federal jurisdiction, since the amount in controversy does not exceed seventy-five thousand dollars ($75,000.00).  On January 21, 2003, the Plaintiff filed his Memorandum of Law in Opposition to the Defendant's Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration (Doc. # 12), arguing that this court is without subject matter jurisdiction to entertain this case based on arguments set forth in his Motion to Remand.  On February 28, 2003, the Court granted the Defendant's Motion to Compel Arbitration and Stay Proceedings Pending Arbitration and denied the Plaintiff's Motion to Remand, without prejudice.

## II.   Defendant's Position Regarding Status of Arbitration

This Court's Order dated February 28, 2003, compelled the parties to proceed to arbitration.  The Plaintiff bears the burden to initiate the arbitration proceedings, since he is the party seeking substantive relief regarding his employment discrimination claims.  The Arbitration Agreement Provides, "[e]xcept as otherwise provided in this brochure, any arbitration shall be in accordance with the current Model Employment Arbitration Procedures of the American Arbitration Association ("AAA")."  See Defendant's Memorandum of Law In Support of Motion to Compel Arbitration, (Doc. #8) Exhibit A, p. 12.  Moreover, Rule 4(b) of the Model Employment Arbitration Procedures of the AAA, mandates that the Plaintiff initiate the arbitration.

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

> Arbitration **shall** be initiated in the following manner. . . . In the absence of a joint request for arbitration: The initiating party (hereinafter "Claimaint[s]") **shall**: (1) File a written notice (hereinafter "Demand") of its intention to arbitrate at any regional office of the AAA, within the time limit established by the applicable statue of limitations if the dispute involves statutory rights.

(Emphasis added). National Rules for the Resolution of Employment Disputes, Rule 4(b). Notwithstanding this Court's Order, the Plaintiff has failed to initiate the arbitration proceedings pursuant to the Arbitration Agreement and Rule 4(b).

Accordingly, the Defendant maintains that this court lacks subject matter jurisdiction over the Plaintiff's employment discrimination claims pursuant to the parties' arbitration agreement and this Court's February 23, 2003 Order compelling the parties to arbitration. The Defendant intends to file a motion to dismiss this case, and requests a pre-filing conference with the Court regarding the same. In the alternative, the Defendant requests that the Court dismiss this matter, *sua sponte*, (with or without prejudice), based on the Plaintiff's failure to initiate the arbitration following this Court's Order to compel arbitration.

### III. Plaintiff's Position Regarding Status of Arbitration

By agreement of the parties and counsel, this matter is to be submitted to mediation before The Honorable Samuel H. Teller. Plaintiff's counsel proposed dates in December 2004 and January 2005 which are currently available for mediation. Plaintiff's counsel has not been notified that defendant's counsel has withdrawn its agreement to proceed to voluntary mediation prior to arbitration. The plaintiff, therefore,

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

will file an opposition to defendant's proposed motion to dismiss and also requests that the Court conduct a pre-filing conference.  With respect to the defendant's request of this Court that it dismiss the matter, sua sponte, on the basis of the above, the plaintiff objects to that request.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE PLAINTIFF:
MICHAEL SHASHA


By_____  Date:_____
Sebastian O. DeSantis, Esq.
Fed. Bar #ct20116
Sabilia & DeSantis, LLC
PO Drawer 191
247 Shaw Street
New London, CT 06320



THE DEFENDANT:
PINKERTON, A SECURITAS COMPANY
DBA/AKA, ET AL.


By_____  Date:_____
James M. Sconzo
Fed. Bar #ct04571 and
Kevin R. Brady
Fed. Bar #ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Its Attorneys

618488.1 (HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105