**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL SHASHA | : | CIVIL ACTION |
|    Plaintiff | : | NO. 3:02CV2173(AVC) |
| | : | |
| V. | : | |
| | : | |
| PINKERTON, A SECURITAS COMPANY | : | |
| d/b/a PINKERTON'S INC., d/b/a | : | |
| PINKERTON-BURNS SECURITY | : | |
|    Defendant | : | JANUARY 5, 2005 |

**<u>MOTION TO WITHDRAW APPEARANCE</u>**

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to

withdraw his appearance on behalf of the defendants, Pinkerton, A Securitas Company

in the above-captioned matter.  Said defendants continue to be represented by James

M. Sconzo of Halloran & Sage LLP, and the undersigned will no longer be engaged in

the practice of law with that firm after January 7, 2005.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw

Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS,


By_____
    Kevin R. Brady of
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Federal Bar No. 23964
    Its Attorneys

## **CERTIFICATION**

This is to certify that on this 5th day of December, 2004, I hereby mailed a copy of the foregoing to:

Sebastian O. DeSantis, Esq.
Sabilia & DeSantis, LLC
PO Drawer 191
247 Shaw Street
New London, CT 06320


_____
Kevin R. Brady

630209_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105