FILED

2005 JAN -7 A 11: 24

U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SHASHA<br>Plaintiff | : | CIVIL ACTION<br>NO. 3:02CV2173(AVC) |
| V. | : | |
| PINKERTON, A SECURITAS COMPANY<br>d/b/a PINKERTON'S INC., d/b/a<br>PINKERTON-BURNS SECURITY<br>Defendant | : | JANUARY 5, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Pinkerton, A Securitas Company in the above-captioned matter. Said defendants continue to be represented by James M. Sconzo of Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of law with that firm after January 7, 2005.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

April 4, 2005. GRANTED a
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2005 APR -4 P 2: 36
US DISTRICT COURT
HARTFORD CT

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105