UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SHASHA, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 302CV2173(AVC) |
| | : | |
| V. | : | |
| | : | |
| PINKERTON, A SECURITAS COMPANY | : | |
| DBA/AKA, ET AL, | : | |
| Defendant. | : | May 13, 2005 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties in the above-

referenced action, request the Court dismiss this action with prejudice, and without cost to any

party.

DATED: 5-25-05                         DATED: 5-12-05

THE PLAINTIFF:                         THE DEFENDANT:


By _____            By _____
Sebastian O. DeSantis                 James M. Sconzo
Fed. Bar No. ct20116 of               Fed. Bar No. ct04571 of
Sabilia & DeSantis                    HALLORAN & SAGE, LLP
PO Drawer 191                         One Goodwin Square
247 Shaw Street                       225 Asylum Street
New London, CT 06320                  Hartford, CT 06103
(860) 444-0144                        (860) 522-6103


SO ORDERED:


_____
United States District Judge


One Goodwin Square            HALLORAN          Phone (860) 522-6103
225 Asylum Street            & SAGE LLP         Fax (860) 548-0006
Hartford, CT 06103                              Juris No 26105