UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL SHASHA, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 302CV2173(AVC) |
| V. | : | |
| PINKERTON, A SECURITAS COMPANY DBA/AKA, ET AL, | : | |
| Defendant. | : | May 13, 2005 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties in the above-referenced action, request the Court dismiss this action with prejudice, and without cost to any party.

DATED: 5-25-05                                    DATED: 5-12-05

THE PLAINTIFF:                                    THE DEFENDANT:

By /s/ Sebastian O. DeSantis                      By /s/ James M. Sconzo
Sebastian O. DeSantis                             James M. Sconzo
Fed. Bar No. ct20116 of                           Fed. Bar No. ct04571 of
Sabilia & DeSantis                                HALLORAN & SAGE, LLP
PO Drawer 191                                     One Goodwin Square
247 Shaw Street                                   225 Asylum Street
New London, CT 06320                              Hartford, CT 06103
(860) 444-0144                                    (860) 522-6103

SO ORDERED:

_____
United States District Judge



One Goodwin Square                    **HALLORAN**          Phone (860) 522-6103
225 Asylum Street                     **& SAGE LLP**        Fax (860) 548-0006
Hartford, CT 06103                                          Juris No. 26105